UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

SHANISE SHIDAGIS,

        Plaintiff,

        -v-                              3:22-CV-1300

BROOME COUNTY
SHERIFF'S OFFICE,

        Defendant.

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

APPEARANCES:                        OF COUNSEL:

SHANISE SHIDAGIS
Plaintiff, Pro Se
900 Vestal Parkway East
Vestal, NY 12850

DAVID N. HURD
United States District Judge

## ORDER ON REPORT & RECOMMENDATION

On December 5, 2022, *pro se* plaintiff Shanise Shidagis ("plaintiff") filed this civil action alleging that defendant Broome County Sheriff's Department employed a doctor who provided her with negligent medical treatment. Dkt. No. 1. Along with her complaint, plaintiff also sought leave to proceed *in forma pauperis* ("IFP Application"). Dkt. No. 2.

On January 17, 2023, U.S. Magistrate Judge Miroslav Lovric granted plaintiff's IFP Application and advised by Report & Recommendation ("R&R") that plaintiff's complaint be dismissed with leave to replead. Dkt. No. 4.

Plaintiff has not filed objections. The time period in which to do so has expired. *See* Dkt. No. 4. Upon review for clear error, the R&R will be accepted and adopted in all respects. *See* FED. R. CIV. P. 72(b).

Therefore, it is

ORDERED that

1. The Report & Recommendation is ACCEPTED;

2. Plaintiff's complaint is DISMISSED without prejudice;

3. Plaintiff shall have thirty days from the date of this Order in which to replead her complaint in accordance with the guidance set forth in U.S. Magistrate Judge Miroslav Lovric's Report & Recommendation;

4. If plaintiff timely files an amended complaint, the matter shall be REFERRED to Judge Lovric for further action as appropriate; and

5. If plaintiff does not timely file an amended complaint, the Clerk is directed to close this action without further Order of the Court and enter a judgment accordingly.

IT IS SO ORDERED.

_____
David N. Hurd
U.S. District Judge

Dated: February 6, 2023
       Utica, New York.